CHARLES B. MORRIS, as Administrator of LESLIE B. MORRIS, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Morris* v. *Metropolitan Street Ry. Co.*, 63 App. Div. 78, affirmed.
(Argued February 28, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

25, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Theodore H. Lord* and *Henry A. Robinson* for appellant.

*Edmund L. Mooney* and *Frederick A. Card* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J., and HAIGHT, J.